**Fill in this information to identify the case:**

Debtor: Modular Space Holdings, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address
_____
_____
_____

As of the petition filing date, the claim is: $_____  $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
ACE European Group Limited
436 Walnut Street
Philadelphia, PA 19106

Date or dates debt was incurred: 04/24/12
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Surety Contract

Is the claim subject to offset?
■ No
☐ Yes

$ Contingent/Unliquidated

**3.2** Nonpriority creditor's name and mailing address
ACE INA Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Date or dates debt was incurred: 04/24/12
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Surety Contract

Is the claim subject to offset?
■ No
☐ Yes

$ Contingent/Unliquidated

**3.3** Nonpriority creditor's name and mailing address
Insurance Company of North America
436 Walnut Street
Philadelphia, PA 19106

Date or dates debt was incurred: 04/24/12
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Surety Contract

Is the claim subject to offset?
■ No
☐ Yes

$ Contingent/Unliquidated

**3.4** Nonpriority creditor's name and mailing address
Pacific Employers Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Date or dates debt was incurred: 04/24/12
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Surety Contract

Is the claim subject to offset?
■ No
☐ Yes

$ Contingent/Unliquidated

**3.5** Nonpriority creditor's name and mailing address
Westchester Fire Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Date or dates debt was incurred: 04/24/12
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Surety Contract

Is the claim subject to offset?
■ No
☐ Yes

$ Contingent/Unliquidated

**3.6** Nonpriority creditor's name and mailing address
ACE American Insurance Company
436 Walnut Street
Philadelphia, PA 19106

Date or dates debt was incurred: 04/24/12
Last 4 digits of account number: __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Surety Contract

Is the claim subject to offset?
■ No
☐ Yes

$ Contingent/Unliquidated

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.__ Nonpriority creditor's name and mailing address**
ACE Property and Casualty Insurance Company
436 Walnut Street
Philadelphia, PA 19106

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Surety Contract

**Date or dates debt was incurred:** 04/24/12
**Last 4 digits of account number:** __ __ __ __

**Is the claim subject to offset?**
■ No
☐ Yes

$ Contingent/Unliquidated

---

**3.__ Nonpriority creditor's name and mailing address**
Calera Capital Advisors, L.P.
580 California Street, 22nd Floor
San Francisco, CA 94014

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Management Agreement

**Date or dates debt was incurred:** 03/30/2007
**Last 4 digits of account number:** __ __ __ __

**Is the claim subject to offset?**
■ No
☐ Yes

$ 0.00 [1]

---

**3.__ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred:** _____
**Last 4 digits of account number:** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred:** _____
**Last 4 digits of account number:** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred:** _____
**Last 4 digits of account number:** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

1. Calera Capital Advisors, L.P. has waived this claim, subject to the confirmation of the Debtors' prepackaged chapter 11 plan. In the event such plan is not confirmed, the schedule will be amended to reflect the amount of this claim.

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 3 of 4

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ Contingent/Unliquidated |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ Contingent/Unliquidated |

Debtor: Modular Space Holdings, Inc.                    Case Number (If known): _____

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name    Modular Space Holdings, Inc.
United States Bankruptcy Court for the: _____    District of    Delaware (State)
Case number (If known): _____

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration: Consolidated Corporate Ownership Statement & List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/21/16
              MM / DD / YYYY

✗ _/s/ Charles Paquin_____
Signature of individual signing on behalf of debtor

Charles Paquin
Printed name

President and CEO
Position or relationship to debtor

Official Form 202                Declaration Under Penalty of Perjury for Non Individual Debtors