**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re*: | Chapter 11 |
| MODULAR SPACE HOLDINGS, INC., et al., | Case No. 16-12825 (KJC) |
| Debtors.[1] | Jointly Administered |
|  | **Re:  Docket No. 256** |

**NOTICE OF EFFECTIVE DATE OF THE DEBTORS' JOINT PREPACKAGED PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

   **PLEASE TAKE NOTICE** that the Effective Date of the *Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 224] (as modified, and including all supplements, the "Plan") occurred on March 2, 2017.  Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan.

   **PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors and any holder of a Claim or an Equity Interest and such holder's respective successors and assigns, whether or not the Claim or the Equity Interest of such holder is Impaired under the Plan, and whether or not such holder or Entity voted to accept the Plan.

   **PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, all property in each Estate, all Causes of Action, and any property acquired by any of the Debtors under the Plan will vest in each respective Reorganized Debtor, free and clear of all Liens (other than the ABL Liens or Liens securing Claims that are Reinstated pursuant to the Plan), Claims (other than the First Lien Credit Facility Claims as amended, restated and assumed by the Reorganized Debtors in accordance with the amended and restated First Lien Credit Agreement pursuant to the terms of the Exit Credit Facility Documents), charges, or other encumbrances.

   **PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, each Reorganized Debtor shall be deemed to have assumed each Executory Contract and Unexpired Lease to which it is a party, pursuant to section 365 of the Bankruptcy Code and in accordance with the terms and conditions of the Plan.

   **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Plan and the Confirmation Order, all requests for payment of Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be filed with the Bankruptcy Court and served on the Reorganized Debtors, counsel to the Reorganized Debtors, counsel to the First Lien Agent, counsel to the Trustee, the Ad Hoc

---

[1] The Debtors and the last four digits of their respective United States Tax Identification Number, or similar foreign identification number, as applicable, are as follows:  Modular Space Holdings, Inc. (8595); Modular Space Intermediate Holdings, Inc. (1161); Modular Space Corporation (5284); Resun ModSpace, Inc. (0701); ModSpace Government Financial Services, Inc. (8573); ModSpace Financial Services Canada, Ltd. (CRA BN 0001); Resun Chippewa, LLC (6773).  The address of the Debtors' corporate headquarters is 1200 Swedesford Road, Berwyn, PA 19312.

Noteholder Group, and the U.S. Trustee (collectively, the "Notice Parties")[2] no later than May 1, 2017, 60 days after the Effective Date.  Objections to any Fee Claims must be filed and served on the Notice Parties along with the requesting party no later than forty-five (45) days after the filing of the final applications for compensation or reimbursement (unless otherwise agreed by the party requesting compensation of a Fee Claim).  **Except as otherwise provided in the DIP Orders, holders of Fee Claims that are required to file and serve applications for final allowance of their Fee Claims that do not file and serve such applications by the required deadline shall be forever barred from asserting such Claims against the Debtors, Reorganized Debtors, or their respective properties, and such Fee Claims shall be deemed discharged as of the Effective Date.**

PLEASE TAKE FURTHER NOTICE that the Confirmation Order and the Plan are available for inspection at the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, between the hours of 8:00 a.m. to 4:00 p.m. (Prevailing Eastern Time).  If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact KCC, the notice, claims, and solicitations agent retained by the Debtors in these Chapter 11 Cases, by:  (a) calling 866-967-0495 (U.S.) or 310-751-2695 (international); (b) visiting the Debtors' restructuring website at: http://www.kccllc.net/modspace; or (c) writing to Modular Space Holdings Claim Processing Center, c/o Kurtzman Carson Consultants, 2335 Alaska Avenue, El Segundo, CA 90245.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: www.deb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated:  March 2, 2017
Wilmington, Delaware

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|---|
| | | */s/ Ian J. Bambrick* |
| James L. Bromley (admitted *pro hac vice*) | | Pauline K. Morgan (No. 3650) |
| Jane VanLare (admitted *pro hac vice*) | | Joel A. Waite (No. 2925) |
| Kara A. Hailey (admitted *pro hac vice*) | and | Ian J. Bambrick (No. 5455) |
| One Liberty Plaza | | 1000 North King Street |
| New York, New York 10006 | | Wilmington, DE 19801 |
| Telephone:  (212) 225-2000 | | Telephone:  (302) 571-6600 |
| Facsimile:  (212) 225-3999 | | Facsimile:  (302) 571-1253 |

*Counsel for the Reorganized Debtors*

---

[2] The service information for the U.S. Trustee is as follows:  Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801, Attention: Mark Kenney, Esq., or if by e-mail, Mark.Kenney@usdoj.gov.  Service information for the other Notice Parties is set forth in Article XI(G) of the Plan.